# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND SMITH, | Case No.  1:14-cv-00841 GSA HC |
| Petitioner, | SECOND ORDER DIRECTING PETITIONER TO FILE CONSENT/DECLINE FORM |
| v. | |
| MARGARETTE MIMS, | ORDER DIRECTING CLERK OF COURT TO SEND PETITIONER BLANK CONSENT/DECLINE FORM |
| Respondent. | [FIFTEEN DAY DEADLINE] |

Petitioner is a state prisoner proceeding pro se with a petitioner for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 3, 2014, the Court ordered Petitioner to complete and return within thirty days the form indicating consent or decline to the jurisdiction of the Magistrate Judge.  On June 11, 2014, Petitioner returned two forms, one indicating consent to the jurisdiction of the Magistrate Judge, and one indicating decline.  Petitioner is advised that he must choose one or the other.

///
///
///
///
///

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) The Clerk of Court is DIRECTED to send Petitioner a blank consent/decline form; and

2) Petitioner is DIRECTED to complete and return the consent/decline form within fifteen (15) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **June 12, 2014**                    **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE