# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND SMITH,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MARGARETTE MIMS, Sheriff,<br><br>　　　　　Respondent. | Case No. 1:14-cv-00841-LJO-GSA-HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR EXPEDITED SCREENING<br>[Doc. #15] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus.

　　　　On August 18, 2014, Petitioner filed a motion to expedite proceedings in the pending petition for writ of habeas corpus. As Petitioner correctly states, the instant action is pending before this Court. However, the Court does not have an expedited calendar. Petitioner is advised that the Court acts to resolve all pending cases in the most efficient manner possible. The Court is aware of Petitioner's pending petition. Nevertheless, the Court's docket of pending cases is substantial, and the Court must act first on those matters that have been pending the longest.

　　　　Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to expedite the pending petition for writ of habeas corpus is DENIED.

IT IS SO ORDERED.

　　Dated:   **September 19, 2014**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1